# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Baer, Janet S. | 2. Court or Organization<br><br>Bankruptcy Court- Northern District of Illinois | 3. Date of Report<br><br>05/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

219 S. Dearborn Street, Suite 662, Chicago, IL 60604

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Grantor and Trustee -12/11/2012 to present | Janet S. Baer Revocable Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | 7th Circuit Bar Association | 4/30/18-5/1/18 | Chicago, IL | Judicial Conference | Food |
| 2. | American Bankuptcy Institiute | 6/7/18-69/18 | Lake Geneva, WI | Speaker at Regional Meeting | Hotel, Travel, Food |
| 3. | American Bankruptcy Institute | 9/20/18-9/23/18 | Washington, DC | Speaker at Conference | Hotel, Travel, Food |
| 4. | National Conference of Bankruptcy Judges | 10/27/18-10/31/18 | San Antonio, TX | Annual Meeting | Hotel, Travel, Food |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Municipal (f/k/a/Government) Money Market Fund #1 | A | Interest | J | T | | | | | |
| 2. Fidelty Municipal Money Market Fund #2 | A | Interest | J | T | | | | | |
| 3. Fidelity Government Money Market Fund #2 | C | Interest | M | T | | | | | |
| 4. Fidelty Asset Mgr 60%, f/k/a Global Balanced Fund | C | Int./Div. | L | T | | | | | |
| 5. I shares (f/k/a Trust 400 Index) S & P Midcap ETF | A | Int./Div. | L | T | | | | | |
| 6. I shares (f/k/a/Trust 600 Index) S & P Small Cap ETF | A | Int./Div. | L | T | | | | | |
| 7. Oakmark Equity & Income Investor Fund #1 | E | Int./Div. | M | T | | | | | |
| 8. Pimco Investment Grade Corp bond Class D Fund | A | Int./Div. | K | T | | | | | |
| 9. T Rowe Price International Stock Fund | C | Int./Div. | L | T | | | | | |
| 10. T Rowe Price Capital Appreciation Fund # 1 | D | Int./Div. | M | T | | | | | |
| 11. Vanguard Wellington Investor Fund | D | Int./Div. | M | T | | | | | |
| 12. T Rowe Price Short Term Bond Fund #1 | A | Int./Div. | | | Sold | 03/12/18 | K | | |
| 13. Fidelity Municipal (f/k/a/Government) Money Market Fund #3 | A | Interest | J | T | | | | | |
| 14. Fidelity Govt. Cash Reserves | A | Interest | K | T | Buy | 03/12/18 | K | | |
| 15. Invesco Actively Managed ETF | A | Int./Div. | K | T | Buy | 03/12/18 | K | | |
| 16. Ameris Bank Moultrie GA CD | B | Interest | M | T | Buy | 06/27/18 | M | | |
| 17. BOFI Fed Bank San Diego CA CD | B | Interest | M | T | Buy | 06/27/18 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mn/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Centerstate Bank FL Wintergaven CD | B | Interest | L | T | Buy | 06/27/18 | L | | |
| 19. Home State Bank Jefferson Iowa CD | B | Interest | M | T | Buy | 06/27/18 | M | | |
| 20. Fidelity IRA | | | | | | | | | |
| 21. -Fidelity Govn. Cash Resserves | A | Interest | J | T | | | | | |
| 22. -Powershares DB Commodity Index Tracking FD Unilt Ben Int | B | Int./Div. | K | T | | | | | |
| 23. -Driehaus Emerging Markets Fund | A | Int./Div. | | | Sold | 03/08/18 | K | | |
| 24. -Fidelty Real Estate Investment Fund | A | Int./Div. | | | Sold | 03/08/18 | K | | |
| 25. -Ishares Core S & P Midcap ETF | A | Int./Div. | | | Sold | 03/08/18 | J | | |
| 26. -Ishares Core S & P Small Cap ETF | A | Int./Div. | | | Sold | 03/08/18 | J | | |
| 27. -Oakmark International Small Cap Investment Fund | A | Int./Div. | | | Sold | 03/08/18 | J | | |
| 28. -Fidelity Global Balanced Fund | A | Int./Div. | | | Sold | 03/08/18 | K | | |
| 29. -Ishares Core S & P Total US Stock ETF | A | Int./Div. | | | Sold | 03/08/18 | K | | |
| 30. -Powershares Optimum Yield Diversified Commodity | A | Int./Div. | | | Sold | 03/08/18 | K | | |
| 31. Wellington Fund Admiral Inherited IRA | C | Int./Div. | K | T | Distributed (part) | 12/20/18 | J | | |
| 32. I Shares Core U.S.Aggregate (f/k/a/Total) US Bond ETF | C | Int./Div. | M | T | Buy | 03/08/18 | J | | |
| 33. I Shares National Muni Bond ETF | C | Int./Div. | M | T | | | | | |
| 34. Oakmark International Investor Cl I Fund | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity 500 Index Premium Class | B | Int./Div. | M | T | | | | | |
| 36. Vanguard Rollover IRA | | | | | | | | | |
| 37. -Vanguard Developed Markets Index Fund Admiral | B | Int./Div. | K | T | Sold (part) | 03/12/18 | K | | |
| 38. -Vanguard Emerging Markets Stock Index Fund Adm | D | Int./Div. | L | T | | | | | |
| 39. -Vanguard Growth Index Fund Adm. | A | Int./Div. | L | T | Sold (part) | 03/12/18 | K | | |
| 40. -Vanguard Inflation Protect Sec Adm Fund | A | Int./Div. | M | T | Buy (add'l) | 03/08/18 | K | | |
| 41. -Vanguard Long Term Investment Growth Fund Adm | C | Int./Div. | K | T | Sold (part) | 03/12/18 | K | | |
| 42. -Vanguard Mid Cap Value Index Fund Adm | A | Int./Div. | K | T | Sold (part) | 03/12/18 | K | | |
| 43. -Vanguard Global Cycles Investor f/k/a Precious Metals & Mining Fund | B | Int./Div. | K | T | Buy (add'l) | 03/08/18 | K | | |
| 44. -Vanguard Prime Money Market Fund | A | Interest | J | T | | | | | |
| 45. -Vanguard REIT Index Fund Adm | A | Int./Div. | L | T | | | | | |
| 46. -Vanguard Wellington Fund Admiral | D | Int./Div. | M | T | Sold (part) | 03/18/18 | K | | |
| 47. -Vanguard Equity Income Fund Adm. | A | Int./Div. | L | T | Sold (part) | 03/08/18 | K | | |
| 48. -Vanguard Global Ex US Real Estate Index FD ETF | A | Int./Div. | K | T | | | | | |
| 49. -Vanguard FTSE Developed MRKTS ETF | C | Int./Div. | L | T | Sold (part) | 03/08/18 | J | | |
| 50. -Vanguard S & P 500 Index ETF | C | Int./Div. | M | T | Buy (add'l) | 03/08/18 | K | | |
| 51. -Vanguard Short Term Bond ETF | C | Int./Div. | M | T | Buy (add'l) | 03/08/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Vanguard Small Cap ETF | A | Int./Div. | L | T | | | | | |
| 53. -Vanguard Total Bond Market ETF | D | Int./Div. | N | T | Buy (add'l) | 03/08/18 | K | | |
| 54. -Vanguard Fed Money Market Fund | A | Interest | J | T | Buy | 03/08/18 | J | | |
| 55. Allianz Inherited Fixed Rate Annuity | A | Int./Div. | J | T | Distributed (part) | 05/01/18 | J | | |
| 56. Roth IRA | | | | | | | | | |
| 57. -Core Wells Fargo Cash Account | A | Interest | J | T | | | | | |
| 58. -Fidelity Real Estete Investment Fund | A | Int./Div. | K | T | | | | | |
| 59. -Fidelity Asset Manager 60% f/k/a Global Balanced Fund | B | Int./Div. | K | T | | | | | |
| 60. -Driehaus Emergening Markets Fund | B | Int./Div. | K | T | Sold (part) | 03/08/18 | K | | |
| 61. -Oakmark International Small Cap Invest. Fund | A | Int./Div. | | | Sold | 03/08/18 | J | | |
| 62. -I Shares Core S & P Mid Cap ETF | A | Int./Div. | J | T | | | | | |
| 63. -I Shares Core Total US Stock f/k/a/ S & P Small Cap ETF | A | Int./Div. | M | T | | | | | |
| 64. -I Shares MSCI ETF | A | Int./Div. | L | T | Buy | 03/08/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/15/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Janet S. Baer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544